[Criminal No. 583. Filed May 1, 1924.]

[225 Pac. 1117.]

GEORGERY HENDRICK SPRING, Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the County of Coconino. J. E. Jones, Judge. Affirmed.

Mr. F. M. Gold, for Appellant.

Mr. John W. Murphy, Attorney General, for the State.

PER CURIAM.—This case was submitted upon the record, which was filed here August 1, 1923. No brief or assignments of error has been filed. We have looked into the record for fundamental error, and, finding none, the judgment is affirmed.